COMMERCIAL CREDIT CORPORATION, Respondent, *v.* WALTER GREINER, Appellant.

(Argued April 25, 1934; decided May 22, 1934.)

*Lafay C. Wilkie* for appellant.

*William C. Sengbusch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.